# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: | BKY Case No.: 22-41873 |
| | Chapter 7 |
| Susan Lynne Solarz, | |
| Debtor. | |

| | |
|---|---|
| Randall L. Seaver, Trustee, | ADV Case No.: 23-4068 |
| Plaintiff, | |
| v. | |
| Menard, Inc. d/b/a Menards, | |
| Defendant. | |

## STIPULATION OF DISMISSAL

Pursuant to the terms of the Settlement Agreement entered into in the above-entitled adversary action, the parties stipulated that upon the making of the Settlement Payment, as defined in the Settlement Agreement, the above-entitled adversary action would be dismissed. The Settlement Payment has been made. As a consequence, pursuant to Bankruptcy Rule 7041 and Federal Rule of Civil Procedure Rule 41(a), the Plaintiff and the Defendant, through their counsel of record, stipulate to dismissal of the above-entitled adversary action with prejudice, each party to bear his, her and/or its own attorneys' fees and costs.

Pursuant to Local Bank. R. 9011-1(b), the parties authorize the filing of this Stipulation of Dismissal with electronic signatures.

                                                  MOSS & BARNETT
                                                  A Professional Association

Dated: June 6, 2024                        By   s/ *Matthew R. Burton*
                                                      Matthew R. Burton (#210018)
                                                 150 South Fifth Street, Suite 1200
                                                 Minneapolis, MN 55402
                                                 Telephone: (612) 877-5000
                                                 Email: matthew.burton@lawmoss.com
                                                 ATTORNEYS FOR PLAINTIFF RANDALL L.
                                                 SEAVER, TRUSTEE


                                                 FREDRIKSON & BYRON, P.A.

Dated: June 6, 2024                        By   s/ *Katherine A. Nixon*
                                                      Katherine A. Nixon (#0402772)
                                                 60 South Sixth Street, Suite 1500
                                                 Minneapolis, MN 55402
                                                 Telephone: (612) 492-7000
                                                 Email:  knixon@fredlaw.com
                                                 ATTORNEYS FOR DEFENDANT MENARD,
                                                 INC. D/B/A MENARDS